UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

DUSTIN LEE, et al.                                                                                      PLAINTIFFS

v.                                        No. 2:20-cv-02015

SOUTHERN STAR, INC., et al.                                                                DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS ORDERED AND ADJUDGED that the parties are to submit this dispute to arbitration consistent with the terms of their respective arbitration agreements. Plaintiffs' complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 26th day of May, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE